UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| SCOTT CARROLL ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 2:16-cv-0094 |
| ] | Chief Judge Sharp |
| CHERRY LINDAMOOD, Warden ] | |
|     Respondent. ] | |

## **O R D E R**

In accordance with the Memorandum contemporaneously entered, the Court finds no merit in petitioner's habeas corpus petition (Doc. No. 1). Therefore, the petition is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules - - § 2254 Cases.

Should the petitioner file a timely Notice of Appeal, such Notice shall be treated as an application for a Certificate of Appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has failed to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

_____
Kevin H. Sharp
Chief District Judge